## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AMANDA & ERIK SCHIERER,

                Plaintiffs,

v.                                       Case No. : 8:17-cv-03078-VMC-AEP

SYNCHRONY BANK &
ALLIED INTERSTATE, LLC,

                Defendants.

_____

### JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT

Plaintiffs Amanda and Erik Schierer ("Plaintiffs") and Defendants Synchrony Bank ("Synchrony") and Allied Interstate, LLC ("Allied") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate Claims and Stay Lawsuit, stating as follows:

1. The Parties have agreed to submit all of the claims in this lawsuit to arbitration pursuant to the Parties' arbitration agreement. The arbitration shall be conducted through and in accordance with the rules of JAMS.

2. The Parties therefore respectfully request that (a) this Court order that

- 2 -

all of the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be stayed pending arbitration.

Dated: February 7, 2018                                                   Respectfully submitted,

|  |  |
|---|---|
|    */s/ Jon P. Dubbeld, Esq.* |    */s/ Brandon T. White, Esq.* |
| Jon P. Dubbeld, Esq. | Brandon T. White |
| Florida Bar No. 105869 | Florida Bar No. 106792 |
| **BERKOWITZ & MYER** | **REED SMITH LLP** |
| 4900 Central Ave | 1001 Brickell Bay Drive, Suite 900 |
| St. Petersburg, FL 33707 | Miami, Florida 33131 |
| (P) 727-344-0123 | (P) 786-747-0222 |
|  | (F) 786-747-0299 |
| Jon@berkmyer.com | bwhite@reedsmith.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Brandon T. White*

Brandon T. White, Esq.