UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMANDA & ERIK SCHIERER,**

        **Plaintiffs,**

v.                                              **Case No. : 8:17-cv-03078-VMC-AEP**

**SYNCHRONY BANK &**
**ALLIED INTERSTATE, LLC,**

        **Defendants.**

_____

**JOINT STATUS REPORT**

1. The Parties, pursuant to the Court's Order (Doc. 15), hereby submit this joint status report.

2. Plaintiffs will be filing for arbitration on June 21, 2018.

3. The Parties intend to continue settlement negotiations as the case proceeds.

Respectfully submitted, this 20th day of June, 2018

| | |
|---|---|
| */s/ Jon P. Dubbeld* | */s/ Brandon T. White* |
| Jon P. Dubbeld, Esq. | Brandon T. White, Esq. |
| Florida Bar No. 105869 | Florida Bar No. 106792 |
| **BERKOWITZ & MYER** | **REED SMITH LLP** |
| 4900 Central Ave | 1001 Brickell Bay Drive, Suite 900 |
| St. Petersburg, FL 33707 | Miami, Florida 33131 |
| (P) 727-344-0123 | (P) 786-747-0222 |
| Jon@berkmyer.com | (F) 786-747-0299 |
| *Attorneys for Plaintiffs* | bwhite@reedsmith.com |
| | *Attorneys for Defendants* |

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      /s/ *Jon P. Dubbeld*

      Jon P. Dubbeld